UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JENNIFER TAYLOR,<br>    Plaintiff,<br><br>    v.<br><br>BENNETTS STEAK & FISH, LLC,<br>    Defendant. | No. 3:10cv1793 (SRU) |

## NOTICE AND ORDER

The plaintiff, Jennifer Taylor, filed a complaint alleging that the defendant, Bennetts Steak & Fish, LLC ("Bennetts"), discriminated against her on the basis of her gender. She brings her lawsuit pursuant to 42 U.S.C. § 1983. Section 1983 provides, in relevant part:

> Every person who, *under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia*, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law . . . .

(emphasis added). Bennetts is, according to the complaint, a private Connecticut corporation, and not a part of the government or otherwise an organization that acts under color of federal, state, or local law. Taylor therefore cannot obtain the relief she seeks under 42 U.S.C. § 1983.

Taylor, however, may have a claim under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, which makes it unlawful for "an employer ... to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin." 42 U.S.C. § 2000e-2(a)(1). For Taylor to bring a Title VII action, however, she must first exhaust her administrative remedies, which requires her to file a complaint with the Equal Employment Opportunity Commission ("EEOC") within a prescribed period of time. *See* 42 U.S.C. § 2000e-

5(e)(1) (establishing 180- and 300-day limitations periods for filing of employment discrimination complaints with the EEOC).

Because Taylor fails to state a claim for relief under 42 U.S.C. § 1983, her case is dismissed.  That dismissal is without prejudice to Taylor filing within 30 days a new complaint alleging employment discrimination under an appropriate statute, such as Title VII, and with proof that she exhausted her required administrative remedies.  The clerk shall close the file.

It is so ordered.

Dated at Bridgeport, Connecticut, this 23rd day of November 2010.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge